The People of the State of New York, Respondent,
against
Malik McCain, Defendant-Appellant.



Defendant appeals from a judgment of the Criminal Court of the City of New York, New York County (James M. Burke, J.), rendered April 8, 2013, after a jury trial, convicting him of forcible touching and sexual abuse in the third degree, and imposing sentence.




Per Curiam.
Judgment of conviction (James M. Burke, J.), rendered April 8, 2013, affirmed.
The verdict convicting the defendant of forcible touching (Penal Law § 130.52) and sexual abuse in the third degree (Penal Law § 130.55) was not against the weight of the evidence (see People v Danielson, 9 NY3d 342 [2007]). There is no basis for disturbing the jury's determinations concerning identification and credibility. In addition to reliable identifications by the victim and an undercover officer, the latter having followed defendant immediately after the subway incident (see People v Horsford, 68 AD3d 556, 557 [2009], lv denied 14 NY3d 801 [2010], there was circumstantial evidence establishing that defendant was the perpetrator.
THIS CONSTITUTES THE DECISION AND ORDER OF THE COURT. 
I concur I concur I concur 
Decision Date: June 21, 2018